COMMERCIAL BANK OF LYNCHBURG

*v.*

RUCKER.

(*Supreme Court of Appeals of Virginia, April 2, 1896.*)

[24 S. E. Rep. 388.]

### Appeal—When Allowed.

The court sustained defendant's demurrer to complainant's bill, but overruled a motion to dismiss, and granted leave to amend the bill: *held*, that an appeal was improvidently awarded to defendant.

Appeal from circuit court of city of Lynchburg.

Suit by Lucy D. Rucker against the Commercial Bank of Lynchburg. From the decree, defendant appeals. Appeal dismissed.

*J. E. Edmunds* and *A. H. Burroughs*, for appellant.

*Wilson & Manson* and *F. P. Christian*, for appellee.

KEITH, P., delivered the opinion of the court.

In this case a bill was filed in the circuit court for the city of Lynchburg by Lucy D. Rucker v. Commercial National Bank of Lynchburg, and, the defendant having demurred, the court entered a decree sustaining the demurrer and overruling a motion for the dismissal of the bill, but granting leave to the plaintiff to file an amended bill. From this decree an appeal was allowed by one of this court. We are of opinion that it was improvidently awarded, and it is therefore dismissed.